# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

DAVID POQUADECK

          V.          CASE NUMBER: 5:05-CV-267(FJS/DEP)

COMMISSIONER OF SOCIAL SECURITY


[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on July 21, 2006.


DATED:    July 21, 2006

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp